

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-22-00299-CR, 04-22-00300-CR

Fernando Aniva **ALONZO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 156th Judicial District Court, McMullen County, Texas
Trial Court Nos. M-21-0042-CR-B & M-21-0043-CR-B
Honorable Patrick L. Flanigan, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED.

SIGNED January 25, 2023.

_____
Beth Watkins, Justice